IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WEST LOOP CHIROPRACTIC & SPORTS INJURY CENTER, LTD., and WEST LOOP HEALTH & SPORTS PERFORMANCE CENTER, LLC, on behalf of plaintiffs and the class members defined herein, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 16 C 5856 |
| v. | ) ) ) | Judge Guzman Magistrate Judge Gilbert |
| NORTH AMERICAN BANCARD, LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME**

Plaintiffs West Loop Chiropractic & Sports Injury Center, Ltd. and West Loop Health & Sports Performance Center, LLC respectfully request pursuant to Fed. R. Civ. P. 6(b) an extension of time to file the motion for preliminary approval of the parties' class action settlement. In support thereof, plaintiffs state:

1. Plaintiffs and Defendant North American Bancard, LLC filed a notice of settlement on February 5, 2021. (*Dkt. No. 310*)

2. On February 5, 2021, this Court entered an order directing the parties to file the appropriate motion by March 25, 2021. (*Dkt. No. 311*)

3. The Parties have made significant progress on the settlement documents. Several drafts of settlement documents have been exchanged and the Parties believe that they are close to finalizing the settlement documents.

1

4. Accordingly, Plaintiffs request an extension of time from March 25, 2021 through and including April 5, 2021 to file the motion for preliminary approval.

5. Plaintiffs do not request this extension for purposes of delay but rather to provide the Parties additional time to finalize and execute the settlement documents. Good cause exists to extend time as the Parties continue to work in good faith on the settlement.

6. Plaintiffs have contacted Defendant in advance of filing this motion and Defendant does not oppose the relief requested in this motion.

WHEREFORE, Plaintiffs request an extension of time from March 25, 2021 through and including April 5, 2021 to file the motion for preliminary approval.

                                                      Respectfully submitted,

                                                      s/ Heather Kolbus
                                                      Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus, certify that on March 24, 2021, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF system which caused notice via email to be sent to the following parties:

Jamey R Campellone – jamey.campellone@gmlaw.com
Lawren Zann – lawren.zann@gmlaw.com
Beth-Ann E. Krimsky – beth-ann.krimsky@gmlaw.com
Greenspoon Marder LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301

Timothy A. Hudson – thudson@tdrlawfirm.com
Tabet DiVito & Rothstein LLC
209 South LaSalle Street, 7th Floor
Chicago, IL 60604

                                             */s/ Heather Kolbus*
                                             Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
Heather A. Kolbus
**EDELMAN, COMBS, LATTURNER**
    **& GOODWIN, LLC**
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

15