**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WEST LOOP CHIROPRACTIC & SPORTS INJURY CENTER, LTD., and WEST LOOP HEALTH & SPORTS PERFORMANCE CENTER, LLC, on behalf of plaintiffs and the class members defined herein, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 16 C 5856 |
| v. | ) ) ) | Judge Guzman<br>Magistrate Judge Gilbert |
| NORTH AMERICAN BANCARD, LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |
| MARTIN M. MATUS, O.D., on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 19 C 1797 |
| v. | ) ) ) | Judge Guzman<br>Magistrate Judge Valdez |
| NORTH AMERICAN BANCARD, LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE CLASS SETTLEMENT**

Plaintiffs West Loop Chiropractic & Sports Injury Center, Ltd., West Loop Health & Sports Performance Center, LLC (collectively, "West Loop") and Martin M. Matus, O.D. ("Matus") (West Loop and Matus are collectively, "Plaintiffs"), by class counsel, Edelman, Combs, Latturner & Goodwin, LLC, respectfully request that the Court grant their Motion for Final Approval of the Class Action Settlement Agreement with Defendant North American Bancard, LLC ("Defendant" or "NAB").

1

As fully set forth in the accompanying Plaintiffs Memorandum in Support of Final Approval of the Class Action Settlement, Plaintiffs respectfully request that the Court grant their motion and enter an order of Final Approval of the Class Action settlement. Plaintiffs also rely on the previously filed, Petition for Attorney's Fees, *Dkt. No. 320*, to support their motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion and enter an order of Final Approval of the Class Action Settlement.

                                  Respectfully submitted,

                                  /s/ Heather Kolbus
                                  Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Heather Kolbus, certify on August 31, 2021, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which caused notice to be sent via e-mail to the following parties:

    Beth-Ann E. Krimsky - beth-ann.krimsky@gmlaw.com
    Lawren Zann - lawren.zann@gmlaw.com
    GREENSPOON MARDER LLP
    200 E. Broward Blvd., Ste. 1800
    Fort Lauderdale, FL  33301

    Timothy A. Hudson - thudson@tdrlawfirm.com
    TABET DIVITO ROTHSTEIN LLC
    209 S. LaSalle St., 7th Floor
    Chicago, IL  60604

                                                   *s/ Heather Kolbus*
                                                     Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

3