**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division**

West Loop Chiropractic & Sports Injury Center, Ltd., et al.

                                      Plaintiff,

v.                                            Case No.: 1:16−cv−05856

                                                     Honorable Ronald A. Guzman

North American Bancard, LLC, et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 13, 2022:

      MINUTE entry before the Honorable Ronald A. Guzman: Plaintiffs have submitted a Declaration setting forth a final accounting of the class−action settlement. The Court's staff has been notified via email that defendant has no objection to the final accounting. Accordingly, the status hearing set for 6/14/2022 is stricken. The parties are directed to file no later than 6/20/2022 a stipulation to dismiss the cases with prejudice. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.